1  Donald J. Kula, Bar No. 144342
   DKula@perkinscoie.com
2  Monica M. Ortiz, Bar No. 259282
   MOrtiz@perkinscoie.com
3  PERKINS COIE LLP
   1888 Century Park E., Suite 1700
4  Los Angeles, CA  90067-1721
   Telephone: 310.788.9900
5  Facsimile: 310.788.3399

6  Attorneys for Defendant
   Redbox Automated Retail, LLC
7

8                    UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

10

11 | JOHN SINIBALDI, on behalf of himself | Case No. 11-cv-01761 MMC
   | and all others similarly situated,   |
12 |                                      | **ORDER RE:**
   |                  Plaintiff,          | **STIPULATION TO EXTEND TIME OF**
13 |                                      | **DEFENDANT REDBOX AUTOMATED**
   |        v.                            | **RETAIL, LLC TO RESPOND TO**
14 |                                      | **COMPLAINT**
   | REDBOX AUTOMATED RETAIL, LLC,
15 | and Does 1 through 100, inclusive,

16 |                  Defendant.

---

Case No. 11-cv-01761 MMC           -1-            STIPULATION TO EXTEND TIME TO
                                                       RESPOND TO COMPLAINT

Pursuant to Civil Local Rule 6-1(a), Defendant Redbox Automated Retail, LLC, by and through its counsel, and Plaintiff John Sinibaldi, by and through his counsel, hereby stipulate that Defendant Redbox Automated Retail, LLC has an extension of time through May 2, 2011, to file an Answer or other responsive pleading to the Complaint.

DATED:  April 13, 2011

**PERKINS COIE LLP**

By: /s/ Monica M. Ortiz
Monica M. Ortiz

Attorneys for Defendant
Redbox Automated Retail, LLC

DATED:  April 15, 2011

**QUALLS & WORKMAN, L.L.P.**

By: /s/ Daniel H. Qualls
Daniel H. Qualls

Attorneys for Plaintiff
John Sinibaldi

72292-1005/LEGAL20640053.1

IT IS SO ORDERED

Judge Maxine M. Chesney

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dated: April 18, 2011